James CALHOUN–EL, Plaintiff–Appellant,

v.

Bobby P. SHEARIN, Warden, Defendant–Appellee.

No. 13–7273.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

James A. Calhoun–El, Appellant pro se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun–El appeals the district court's order dismissing his civil complaint and deeming that case a "strike" under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Calhoun–El v. Shearin,* No. 1:13–cv–02056–RDB (D.Md. July 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

We have independently reviewed the record and conclude that Spell has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.